Charles W. Fawcett
Skinner Fawcett LLP
515 South Sixth Street
PO Box 700
Boise, ID 83701-0700
Phone: (208) 345-2663
Facsimile: (208) 345-2668
Idaho State Bar No. 1349
    Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL-SHANE CROWDER,<br><br>          Plaintiff,<br><br>vs.<br><br>ACTION COLLECTION SERVICE, INC. and JOHN MUIR,<br><br>          Defendants. | Case No.: 12-585-S-REB<br><br>NOTICE OF APPEARANCE OF DEFENDANTS |

TO: MICHAEL-SHANE CROWDER, Plaintiff,

AND TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO;

YOU AND EACH OF YOU are hereby notified that the undersigned enters his appearance as attorney of record for Defendants ACTION COLLECTION SERVICE, INC. and JOHN MUIR in the above-entitled action, and hereby requests that all further pleadings be served upon said attorney at the address stated below. This appearance is made without waiving any questions of:

1.   Lack of jurisdiction over the subject matter;

Page 1.   NOTICE OF APPEARANCE OF DEFENDANTS

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Insufficiency of process;

5. Insufficiency of service of process;

6. Failure to state a claim upon which relief may be granted; and

7. Failure to join a party under Rule 19.

Dated December 19, 2012.

/s/ Charles W. Fawcett
Charles W. Fawcett, ISB No. 1349
Skinner Fawcett LLP
515 South Sixth Street
PO Box 700
Boise, ID 83701-0700
Phone: (208) 345-2663
Fax: (208) 345-2668

***Attorney for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the foregoing Notice Of Appearance of Defendants on December 19, 2012 upon:

Michael-Shane Crowder
PO Box 15911
Boise, ID 83715-5911

[ x ] Via First Class Mail

[ ] Via Facsimile

[ ] Via Hand Delivery

[ ] Via Electronic Mail

Dated this December 19, 2012.

/s/ Charles W. Fawcett
Charles W. Fawcett, ISB No. 1349
Skinner Fawcett LLP
515 South Sixth Street
PO Box 700
Boise, ID 83701-0700
Phone: (208) 345-2663
Fax: (208) 345-2668

*Attorney for Defendants*

PAGE 1.                    CERTIFICATE OF SERVICE