Charles W. Fawcett
Skinner Fawcett LLP
515 South Sixth Street
PO Box 700
Boise, ID 83701-0700
Phone: (208) 345-2663
Facsimile: (208) 345-2668
Idaho State Bar No. 1349
    Attorney for Action Collection Service, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| MICHAEL-SHANE CROWDER, | Case No.: 12-585-S-REB |
|---|---|
| Plaintiff, | CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ACTION COLLECTION SERVICE, INC. |
| vs. | |
| ACTION COLLECTION SERVICE, INC. and JOHN MUIR, | |
| Defendants. | |

TO: MICHAEL-SHANE CROWDER, Plaintiff,

AND TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF IDAHO;

    YOU AND EACH OF YOU are hereby notified that the undersigned Defendant

ACTION COLLECTION SERVICE, INC. ("Action") in the above-entitled action is a not a

subsidiary of a publicly held company that owns 10% or more of Defendant Action's stock.

Page 1. CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ACTION
    COLLECTION SERVICE, INC.

Dated December 19, 2012.

/s/ Charles W. Fawcett
Charles W. Fawcett, ISB No. 1349
Skinner Fawcett LLP
515 South Sixth Street
PO Box 700
Boise, ID 83701-0700
Phone: (208) 345-2663
Fax: (208) 345-2668

*Attorney for Action*

CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the foregoing Corporate Disclosure Statement of Defendant Action Collection Service, Inc. on December 19, 2012 upon:

Michael-Shane Crowder
PO Box 15911
Boise, ID 83715-5911

[ x ] Via First Class Mail

[ ] Via Facsimile

[ ] Via Hand Delivery

[ ] Via Electronic Mail

Dated this December 19, 2012.

/s/ Charles W. Fawcett
Charles W. Fawcett, ISB No. 1349
Skinner Fawcett LLP
515 South Sixth Street
PO Box 700
Boise, ID 83701-0700
Phone: (208) 345-2663
Fax: (208) 345-2668

*Attorney for Defendants*

PAGE 1.     CERTIFICATE OF SERVICE